CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 16 2000

MORGAN E. SCOTT, JR., CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
MARCH, 2000, SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 3:00CR00014 |
| v. | |
| CHARLES BRADFORD MITCHELL<br>DARRELL DORIAN MIGGINS | **INDICTMENT** |

### COUNT ONE

The Grand Jury charges:

1. That on or about ~~April 8, 1998~~ February 24, 2000 RH, in the Western Judicial District of Virginia, CHARLES BRADFORD MITCHELL and DARRELL DORIAN MIGGINS did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also called "crack", a Schedule II controlled substance, or did aid and abet one another in so doing.

2. All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841(a)(1).

A TRUE BILL, this 15th day of March, 2000.

_____
Raymond E. Heau
~~FOREMAN~~

_____
Jean B. Hudson
Acting /Robert P. Crouch, Jr.
UNITED STATES ATTORNEY

RECEIVED
U.S. [illegible]

MAR 17 2000